UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| LISA BELYEW, | No. 2:19-cv-0675 JAM DB P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| CAPTAIN DUCH, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 22, 2019, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 22, 2019 (ECF No. 10) are adopted in full;

1

2. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is denied because plaintiff accrued three strikes under 28 U.S.C. § 1915(g) prior to filing this action; and

3. If plaintiff wishes to proceed with this action, she must pay the $400 filing fee within thirty days of the date of this order. If plaintiff fails to do so, this case will be dismissed.

Dated: July 10, 2019

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge