UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BELYEW,<br><br>    Plaintiff,<br><br>v.<br><br>CAPTAIN DUCH, et al.,<br><br>    Defendants. | No. 2:19-cv-0675 JAM DB P<br><br><br>ORDER |

    Plaintiff is a state prisoner proceeding pro se with an action under 42 U.S.C. § 1983. On July 11, 2019, the court denied plaintiff's motion to proceed in forma pauperis and ordered plaintiff to pay the $400 filing fee within thirty days if she wished to proceed with this action. Those thirty days have passed and plaintiff has not paid the filing fee or otherwise responded to the court's July 11 order.

    Accordingly, this case is dismissed for plaintiff's failure to pay the filing fee.

    IT IS SO ORDERED.

DATED: September 3, 2019

                                          /s/ John A. Mendez_____

                                          UNITED STATES DISTRICT COURT JUDGE